# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALONZO V. HILL, | |
| Plaintiff, | No. 3:10-CV-459 |
| v. | (JUDGE CAPUTO) |
| J.D. FISHER, et al., | (MAGISTRATE JUDGE SMYSER) |
| Defendants. | |

## ORDER

**NOW** this 8th day of March, 2011, upon review of Magistrate Judge Smyser's Report and Recommendation (Doc. 44) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 44) is **ADOPTED**.

(2) The Motion to Dismiss of Defendants Fisher, Myers, Stover, Hannah, Smeal, Eckard, Royer, Hollibaugh, Moyer, Kovac, MacIntyre, Williams and Heaster is **GRANTED**.

(3) All claims in the Amended Complaint are **DISMISSED** except the claim that Defendants Moyer and MacIntyre removed money from Plaintiff's account without a hearing.

(4) Plaintiff's Motion to Amend his Complaint (Doc. 49) is **GRANTED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge