**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ALONZO HILL, | |
| Plaintiff, | CIVIL ACTION NO. 3:10-0459 |
| v. | (JUDGE CAPUTO) |
| J.D. FISHER, et al., | (MAGISTRATE JUDGE SMYSER) |
| Defendants. | |

## ORDER

**NOW**, this __14th___ day of June, 2012, **IT IS HEREBY ORDERED** that:

(1) Magistrate Judge Smyser's Report and Recommendation (Doc. 87) is **ADOPTED in its entirety**.

(2) Defendants' Motion for Summary Judgment (Doc. 87) is **GRANTED**.

(3) The Clerk of Court is directed to mark the case as **CLOSED**.

        /s/ A. Richard Caputo
        A. Richard Caputo
        United States District Judge