**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

ALONZO HILL,

    Plaintiff,

    v.

J.D. FISHER, et al.,

    Defendants.

CIVIL ACTION NO. 3:10-0459

(JUDGE CAPUTO)

(MAGISTRATE JUDGE SMYSER)

## ORDER

**NOW**, this __14th___ day of June, 2012, **IT IS HEREBY ORDERED** that:

(1)    Magistrate Judge Smyser's Report and Recommendation (Doc. 87) is **ADOPTED in its entirety**.

(2)    Defendants' Motion for Summary Judgment (Doc. 87) is **GRANTED**.

(3)    The Clerk of Court is directed to mark the case as **CLOSED**.

          /s/ A. Richard Caputo
          A. Richard Caputo
          United States District Judge